**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| CLARK, DONALD A. | ) | |
| CLARK, SUSAN J. | ) | CASE NO. 07-13912 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

> At:    U.S. BANKRUPTCY COURT
> Kane County Courthouse
> 100 S. 3rd Street, Room 140
> Geneva, IL  60134
>
> on:    **September 11, 2008**
> at:    **10:00 a.m.**

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.    The Trustee's Final Report shows total:

| | |
|---|---:|
| a. Receipts | $ 8,009.39 |
| b. Disbursements | $ 0.00 |
| c. Net Cash Available for Distribution | $ 8,009.39 |

4.    Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $ 1,550.94 | $ |
| JOSEPH R. VOILAND Trustee | $ | $ | $ 408.56 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $27,126.79, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $22.30%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA | $ 13,599.14 | $ 3,032.92 |
| 2 | American Express Centurion Bank | $ 12,175.32 | $ 2,715.37 |
| 3 | eCAST Settlement Corporation assignee of | $ 1,352.33 | $ 301.60 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtors have been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Checking Account (Old Second National Bank) - $249.00; Checking Account (Old Second National Bank) - $90.01; Checking Account (Old Second National Bank) – $5.31; Checking Account (Old Second National Bank) - $99.00; Household Goods – $1,000.00; Wearing Apparel - $1,000.00; Wedding Rings - $0.00; 401(K) Walgreens Profit Sharing Plan - $4,939.09; 2000 Pontiac Grand Am - $3,605.00; 1995 Harley Davidson Elite Glide - $6,140.00; Snowmobiles (2) - $500.00.

The Trustee seeks abandonment of said assets because they are subject to Debtors' valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated: **August 6, 2008**        For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

3912   Doc 32   Filed 08/06/08   Entered 08/09/08 00:39:18   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1              Date Rcvd: Aug 06, 2008
Case: 07-13912                 Form ID: pdf002          Total Served: 29

The following entities were served by first class mail on Aug 08, 2008.
db          +Donald A. Clark,    5N905 Meredith Rd.,    Maple Park, IL 60151-8622
jdb         +Susan J. Clark,    5N905 Meredith Rd.,    Maple Park, IL 60151-8622
aty         +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
             Aurora, IL 60505-3338
tr          +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
11522246     American Express Blue,    Customer Service,    P.O. Box 7863,    Fort Lauderdale, FL 33329-7863
11522247     American Express Business Card,    PO Box 0001,    Los Angeles, CA 90096-0001
11960341     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11522248     Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
11522249     Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
11522250    +Capital One,    C/O TSYS Debt Management,    PO Box 5155,    Norcross, GA 30091-5155
11522251     Capital One,    P O Box 30285,    Salt Lake City, UT 84130-0285
11522253    +Capital One,    P.O. Box 70886,    Charlotte, NC 28272-0886
11522252     Capital One,    PO Box 60024,    City Of Industry, CA 91716-0024
11522254     Capital One Payment Remittance,    Payment Processing,    P.O. Box 70884,
             Charlotte, NC 28272-0884
11522255    +Capital One Services, Inc.,    P.O. Box 26094,    Richmond, VA 23260-6094
11522256     Card Services,    1 Hatley Road,    Belfast, ME 04915
11828771    +Chase Bank USA,    c/o Weinstein and Riley, PS,    2001 Western Avenue, Suite 400,
             Seattle, WA 98121-3132
11522258     Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
11522257    +Chase Card Services,    P O Box 659409,    San Antonio, TX 78265-9409
11522259    +Country Gas Co. N T E,    P.O. Box 269,    Wasco, IL 60183-0269
11522260     GM Cardmember Services,    P.O. Box 37281,    Baltimore, MD 21297-3281
11522261     GM Flexible Earnings Card,    Customer Center,    P.O. Box 80082,    Salinas, CA 93912-0082
11522262     HSBC,    P.O. Box 80053,    Salinas, CA 93912-0053
11522263     Menards,    Retail Services,    PO Box 15521,    Wilmington, DE 19850-5521
11522264     Menards,    PO Box 17602,    Baltimore, MD 21297-1602
11522265    +PHH Mortgage,    4001 Leadenhall Rd.,    Mount Laurel, NJ 08054-4611
11522266     Sear Premier Gold MasterCard,    P.O. Box 6922,    The Lakes, NV 88901-6922
11522267     Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
11960342     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC,    Card Services III,
             POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2008**                     **Signature:** _/s/ Joseph Speetjens_